1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  THE ESTATE OF JASON ALDERMAN,              No.  1:16-cv-00994-DAD-JLT
    JUDY EDENS, A.K, AND S.A.,
12
                 Plaintiffs,
13                                             ORDER FOR APPOINTMENT OF
           v.                                  GUARDIAN AD LITEM
14
    CITY OF BAKERSFIELD,                        (Doc. No. 17)
15  BAKERSFIELD POLICE
    DEPARTMENT, OFFICER CHAD
16  GARRETT, and OFFICER RICK
    WIMBISH,
17
                 Defendants.
18

19

20          On March 21, 2016, petitioner Stephanie Elliott filed a petition to be appointed guardian

21  ad litem for plaintiff S.A. for purposes of this action.  (Doc. No. 17.)

22          "District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c),

23  to safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177,

24  1181 (9th Cir. 2011).  Rule 17 provides that "[t]he court must appoint a guardian ad litem—or

25  issue another appropriate order—to protect a minor or incompetent person who is unrepresented

26  in an action." Fed. R. Civ. P. 17(c)(2).  Local Rule 202(a) of this court further states, in pertinent

27  part:

28  //////

                                          1

1

2

3

4

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor . . . the attorney representing the minor or incompetent person shall present . . . a motion for the appointment of a guardian *ad litem* by the Court, or . . . a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person. *See* Fed. R. Civ. P. 17(c).

5   The decision to appoint a guardian ad litem "must normally be left to the sound discretion of the

6   trial court."   *United States v. 30.64 Acres of Land*, 795 F.2d 796, 804 (9th Cir. 1986).

7        Petitioner Stephanie Elliott petitions the court to appoint her as guardian ad litem to her

8   minor child, plaintiff S.A.  Plaintiff S.A. is a minor, born September 28, 2009.  Petitioner states

9   that she is the mother to plaintiff S.A., and that she will represent and protect the interests of

10  plaintiff S.A.  Finding good cause, the court grants the petition (Doc. No. 17) and appoints

11  Stephanie Elliott guardian ad litem of S.A., a minor and plaintiff to this action.

12  IT IS SO ORDERED.

13      Dated:   **October 17, 2016**                      _Dale A. Drozd_

14                                                          UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2