UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY CENIS, an individual, | Case No.: 1:17-CV-00863-DAD-JLT |
| Plaintiff, | **ORDER GRANTING IN PART STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE AND EXPERT WITNESS RELATED DISCOVERY** |
| v. | |
| WINCO HOLDINGS, INC., a corporation; BRANDON RODGERS, an individual; and DOES 1 through 25, inclusive. | (Doc. 40) |
| Defendants. | |

The parties have stipulated to delay expert discovery until after the Court has ruled on the motion and cross-motion for summary judgment. (Doc. 40) The purpose of the stipulation is to preserve resources expended on experts until it is determined that they are needed. Id. at 2. However, the proposed schedule amendments would have expert discovery completed after the pretrial conference[1] Id, at 3. This is not the orderly progression of the case the Court requires. Thus, the Court **ORDERS** the case schedule amended as follows:

1.      The parties SHALL disclose their experts no later than three weeks after the Court rules on the competing motions for summary judgment but in no event shall experts be disclosed

---

[1] The proposed schedule anticipates that there will be no disputes related to experts given that the do not seek to amend this deadline and, by the time experts are disclosed, the deadline for filing discovery motions will be long-since expired (Doc. 25 at 3). Though the Court questions the wisdom of this approach, this is the option of the parties.

later than March 16, 2018.  Rebuttal experts SHALL be disclosed three weeks thereafter but no later than April 6, 2018.  Expert discovery SHALL be completed four weeks after the deadline for disclosure of rebuttal experts but no later than May 4, 2018.

      2.      **No other amendments to the case schedule are authorized.**

IT IS SO ORDERED.

Dated:   **October 19, 2017**            **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE