Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for:    Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE
                  DEPARTMENT, OFFICER CHAD GARRETT and OFFICER RICK WIMBISH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JASON ALDERMAN; JUDY EDENS, an individual, A.K., by and through his guardian *ad litem* NENA CHAVEZ; and S.A., by and through his guardian *ad litem* STEPHANIE ELLIOTT,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT; OFFICER CHAD GARRETT, an individual; OFFICER RICK WIMBISH, an individual; and DOES 1 to 50,<br><br>    Defendants. | Case No.   1:16-CV-00994-DAD-JLT<br><br>**STIPULATION TO MODIFY THE SCHEDULING ORDER [DKT. NO. 16] AND [PROPOSED] ORDER THEREON**<br>**(Doc. 31)** |

///

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that additional time is needed to conduct disclosure of rebuttal experts and conduct expert depositions in order to accommodate the schedules of both parties' counsel. Therefore, the parties request that the scheduling order be modified as set forth below. The requested short continuances will not, in any way, affect the trial date of June 19, 2018, or other dates related thereto.

| Deadline | Current Date | Requested Date |
|---|---|---|
| Disclosure of Rebuttal Experts | November 23, 2017 | December 5, 2017 |
| Expert Discovery Cutoff | December 11, 2017 | February 9, 2018 |

Dated: November 8, 2017.                MARDEROSIAN & COHEN

                                                 */s/ Michael G. Marderosian*
By:_____
    Michael G. Marderosian
    Attorneys for Defendants above-named.

Dated: November 8, 2017.                GERAGOS & GERAGOS

                                                 */s/ Ben J. Meiselas*
By:_____
    Ben J. Meiselas,
    Attorneys for Plaintiffs

**ORDER**

IT IS HEREBY ORDERED that the Scheduling Order be modified as follows:

| Deadline | Current Date | New Date |
| --- | --- | --- |
| Disclosure of Rebuttal Experts | November 23, 2017 | December 5, 2017 |
| Expert Discovery Cutoff | December 11, 2017 | February 9, 2018 |

IT IS SO ORDERED.

Dated: **November 8, 2017**         /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE