UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JASON ALDERMAN; JUDY EDENS, an individual; A.K., by and through his guardian *ad litem* NENA CHAVEZ; and S.A., by and through his guardian *ad litem* STEPHANIE ELLIOTT,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT; OFFICER CHAD GARRETT, an individual; OFFICER RICK WIMBISH, an individual; and DOES 1 to 50,<br><br>Defendants. | No. 1: 16-cv-00994-DAD-JLT<br><br>ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS<br><br>(Doc. No. 84) |

A jury trial in this action was scheduled to begin on September 11, 2018. (*See* Doc. No. 80.) On September 10, 2018, the parties filed a joint notice of settlement and requested that the trial date be vacated. (Doc. No. 82.) Also on September 10, 2018, the court issued a minute order, directing the parties to file dispositional documents within thirty days of the date of the entry of the order. (Doc. No. 83.) On October 10, 2018, the parties filed a stipulation to extend the deadline to dismiss the action by sixty (60) days to obtain the fully executed release and seek the court's approval of the petitions for minors' compromises. (Doc. No. 84.)

1

Good cause appearing and the parties having so stipulated, it is hereby ordered that the deadline to dismiss this action is extended by sixty (60) days, up to and including December 10, 2018.

IT IS SO ORDERED.

Dated: __**October 11, 2018**__                    _/s/ Dale A. Drozd_
                                                                        UNITED STATES DISTRICT JUDGE