Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for:    Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE
                  DEPARTMENT, OFFICER CHAD GARRETT and OFFICER RICK WIMBISH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JASON ALDERMAN; JUDY EDENS, an individual, A.K., by and through his guardian *ad litem* NENA CHAVEZ; and S.A., by and through his guardian *ad litem* STEPHANIE ELLIOTT,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT; OFFICER CHAD GARRETT, an individual; OFFICER RICK WIMBISH, an individual; and DOES 1 to 50,<br><br>                    Defendants. | Case No.   1:16-CV-00994-DAD-JLT<br><br>**STIPULATION TO FURTHER EXTEND DEADLINE TO DISMISS; [PROPOSED] ORDER THEREON** |

1

Pursuant to the Court's Order [Dkt. No. 83], the Parties were directed to file a dismissal of the entire action by October 10, 2018.

On October 10, 2018, the Parties filed a Stipulation to Extend the Deadline to Dismiss [Dkt. No. 84] on the grounds that due to extenuating circumstances, Plaintiffs' counsel had not yet been able to obtain the signed Release and submit the Petitions for Approval of Minors' Compromises.

On October 12, 2018, the Court granted the Parties' Stipulation and issued its Order Granting Stipulation to Extend Deadline to File Dispositional Documents extending the deadline to December 10, 2018.

At the time the Parties filed their Stipulation on October 10, 2018, Plaintiffs' counsel believed that they would be able to complete the settlement papers within 60 days. However, the attorney working on the matter is no longer with Geragos & Geragos and another attorney is now been assigned to complete the settlement documents. Although Plaintiffs' counsel believes they may be able to obtain the signed Release papers in the coming weeks, additional time is needed in order to complete all of the dispositional papers, including the Petitions for Minors' Compromises.

The Parties therefore request that this Court further extend the deadline to dismiss this matter by 45 days (January 24, 2019) to allow Plaintiffs' counsel to obtain the fully executed Release and seek the Court's approval of the Petitions for Minors' Compromises.

Dated: December 4, 2018.  MARDEROSIAN & COHEN

By: */s/ Heather S. Cohen*
_____
Heather S. Cohen,
Attorneys for Defendants
above-named.

Dated: December 4, 2018  GERAGOS & GERAGOS

By: */s/ Marcus Petoyan*
_____
Marcus Petoyan,
Attorneys for Plaintiffs
above-named.

**ORDER**

Pursuant to the Stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that deadline to dismiss this action is hereby extended by 45 days, up to and including January 24, 2019.

IT IS SO ORDERED.

Dated: __**December 4, 2018**__          __**/s/ Jennifer L. Thurston**__
                                                                        UNITED STATES MAGISTRATE JUDGE