Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, OFFICER CHAD GARRETT and OFFICER RICK WIMBISH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JASON ALDERMAN; JUDY EDENS, an individual, A.K., by and through his guardian *ad litem* NENA CHAVEZ; and S.A., by and through his guardian *ad litem* STEPHANIE ELLIOTT, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT; OFFICER CHAD GARRETT, an individual; OFFICER RICK WIMBISH, an individual; and DOES 1 to 50, <br><br> Defendants. | Case No. 1:16-CV-00994-DAD-JLT <br><br> **STIPULATION OF DISMISSAL AND ORDER CLOSING THE CASE** |

1

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-referenced matter be dismissed in its entirety with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated: March 1, 2019                MARDEROSIAN & COHEN

                                    */s/ Heather S. Cohen*
                            By:_____
                                    Heather S. Cohen,
                                    Attorneys for Defendants
                                    above-named.

Dated: March 1, 2019                GERAGOS & GERAGOS

                                    */s/ Ben J. Meiselas*
                            By:_____
                                    Ben J. Meiselas,
                                    Attorneys for Plaintiffs
                                    above-named.

## ORDER

The parties have settled their case and have stipulated to the action being dismissed with prejudice and with each side bearing their own costs. (Doc. 92) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation (Doc. 92), it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

   Dated:   **March 1, 2019**                    **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE